■ In the Matter of STEPHEN JONES, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [930 NYS2d 171]—

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Centra, Carni, Green and Martoche, JJ.